**Order entered October 27, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01235-CV

### FOR THE BEST INTEREST AND PROTECTION OF T. E. D.

On Appeal from the Probate Court No. 3
Dallas County, Texas
Trial Court Cause No. MI-17-50917

## ORDER

This is an appeal from an order requiring mental health services. *See* TEX. HEALTH & SAFETY CODE ANN. § 574.070 (West 2017). To advance the appeal on the docket, the Court **ORDERS** Charletta Breed, Official Court Reporter of Probate Court No. 3, to file the reporter's record no later than October 30, 2017. *See id* § 574.070(e). The Court further **ORDERS** appellant's brief be filed no later than November 10, 2017 and appellee's brief be filed no later than November 20, 2017. *See id.* The Court cautions that extension requests will be disfavored. *See id.*

The Court **DIRECTS** the Clerk of the Court to send a copy of this order to Ms. Breed and the parties.

/s/     CRAIG STODDART
JUSTICE